2010-36512
FILED
June 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002730031

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
**David A. Daves** )
)
) Case No.
)
)
Debtor(s). )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

### OR

[ ]   typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

### OR

[ X ]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __52__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED:   June 24, 2010                    /s/ David A. Daves
                                          Debtor's Signature

EDC 2-100   (Rev. 10/2007)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

David A. Daves

Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231

Allied Waste Services
4811 W. Lower Buckeye Rd.
Phoenix, AZ 85043

American Home Shield
PO Box 2803
Memphis, TN 38101

Americas Servicing Co.
PO Box 10388
Des Moines, IA 50306

AP Financial Services, Inc.
PO Box 31670
Phoenix, AZ 85046-1670

Arizona Water Co.
Apache Junction
PO Box 400
Apache Junction, AZ 85217

Bank of America
400 Countrywide Way SV-35
Simi Valley, CA 93065

Bank of America
PO Box 10287
Van Nuys, CA 91410

Bank of America
PO Box 15026
Wilmington, DE 19850

Bureau of Recovery
1813 E. Dyer Rd. #411
Santa Ana, CA 92705

BYL Collection Service
301 Lacey St.
West Chester, PA 19382

CCB Credit Services
PO Box 272
Springfield, IL 62705-0272

Chase
PO Box 78148
Phoenix, AZ 85062

Chase
PO Box 660022
Dallas, TX 75266-0022

Chase/WAMU
c/o PRS Inc.
PO Box 1880
Voorhees, NJ 08043

Countrywide
PO Box 10423
Van Nuys, CA 91410

Countrywide
PO Box 5170
Simi Valley, CA 93062

Countrywide/Tri Star
PO Box 10219
Van Nuys, CA 91410

Credit Protection Association L.P.
13355 Noel Rd.
Dallas, TX 75240

DMV Renewal
PO Box 942894
Sacramento, CA 94294-0894

Downey Savings & Loan
15271 N. Greenway-Hatden Loop
Scottsdale, AZ 85260

Entrada Del Oro Sewer
12725 W. Indian School Rd. Suite D101
Avondale, AZ 85392

ER Solutions
500 SW 7th St. BLDG A 100
Renton, WA 98055

Focus Receivables Mgmt
1130 Northchase Pkwy #150
Marietta, GA 30067

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0011

GMAC
PO Box 380903
Bloomington, MN 55438

Gold Canyon Sewer Corp.
12725 W. Indian School Rd. D101
Avondale, AZ 85392

I.C. Ststem Inc.
PO Box 64380
Saint Paul, MN 55164-0380

Indymac
155 North Lake Ave.
Pasadena, CA 91101

Mediacom
PO Box 5741
Carol Stream, IL 60197-5741

NCO Financial
PO Box 41466
Philadelphia, PA 19101

NES
29125 Solon Rd.
Solon, OH 44139-3442

NWP
PO Box 553178
Detroit, MI 48255-3178

Qwest
PO Box 29040
Phoenix, AZ 85038

Qwest
PO Box 29040
Phoenix, AZ 85038-9040

Receivables Performance
1930 220 St.
Lynnwood, WA 98036

Salt River Project
PO Box 2950
Phoenix, AZ 85062-2950

Sentinel Servicing
PO Box 25503
Tempe, AZ 85285-5503

Sentry Credit Inc.
PO Box 12070
Everett, WA 98206

Southwest Gas
PO Box 52075
Phoenix, AZ 85072

Sprint
PO Box 660075
Dallas, TX 75266-0075

```
SRP
PO Box 52025
Phoenix, AZ 85072-2025

Sunrise at GDD Canyon
c/o Brown Community Management
7255 E. Hampton Ave. #101
Mesa, AZ 85209

Superstition Foothills
PO Box 25466
Tempe, AZ 85285-5466

The Reserves At The Galleria
c/o US Bank
PO Box 501908
San Diego, CA 92150-1908

Transworld Systems, Inc.
Collection Agency
PO Box 1864
Santa Rosa, CA 95402

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Wells Fargo Bank
c/o Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502

Wells Fargo Bank, N.A., a National
Banking Association c/o Hemar, Rousso
& Heald ATTN: Pamela Cox, Esq.
15910 Ventura Blvd. 12th Floor
Encino, CA 91436

Wells Fargo Card Service
PO Box 5445
Portland, OR 97208

West Asset Management
Dept. 11576
PO Box 1259
Oaks, PA 19456

Western Health Advantage
c/o VWA, Inc.
PO Box 4155
Sarasota, FL 34230-4155
```