

FILED
August 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002828466

# United States Bankruptcy Court
## Eastern District of California

In re  David A. Daves                                                                          Case No.   2010-36512
                                                     Debtor(s)                                 Chapter    7

Date  August 4, 2010                                Signature  /s/ David A. Daves
                                                               David A. Daves
                                                               Debtor

Attorney  /s/ Gregory J. Smith
          Gregory J. Smith

## MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY



```
 1  LAW OFFICE OF GREGORY J. SMITH
    GREGORY J. SMITH, ESQ. SBN 114576
 2  109 Darling Way
    Roseville, CA 95678
 3  (916) 492-8434
    Attorney for Debtor
 4
```

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re: | CASE NO. 10-36512-C-7 |
|---|---|
| David A. Daves | DC NO: GJS-001 |
| | In Proceedings Under Chapter 7 |
| | Date:     09/21/10 |
| | Time:     9:30 AM |
| | Dept:     C |
| | Courtroom: 35 |
| | Location:  US Bankruptcy Court |
| | 501 "I" Street 6th Floor |
| | Sacramento, CA 95814 |
| Debtor. | Judge:     C. Klein |

### DEBTOR'S MOTION TO AVOID ABSTRACT JUDGMENT LIEN ON REAL PROPERTY BY WELLS FARGO BANK N.A. 11 U.S.C. §522(f)(1)(A) TO BE HEARD BY THE COURT ON SEPTEMBER 21, 2010 AT 9:30 AM

1. David A. Daves filed a Voluntary Petition for relief under Chapter 7 of Title 11 of the United States Code on June 24, 2010.

2. This motion is filed by Debtor under 11 U.S.C. §522(f)(1)(A) to avoid a judicial lien on real property and cancel a judicial lien on real property held by the debtor at the time of filing.

3. This Court has jurisdiction over this motion, filed pursuant to 11 U.S.C. §522(f)(1)(A) to avoid and cancel a judicial lien on real property held by the debtor at the time of filing.

4. Debtor's property is commonly known as 1717 Daphne Avenue Sacramento, CA.

5. Debtor's property had a fair market value of $269,000.00. Pursuant to California C.C.P. §703.140 debtor has now claimed such real property as exempt in the amount of $5,000.00 and, no objection to such claim being made, such real property has been declared exempt for the above mentioned amount.

6. On May 12, 2010 WELLS FARGO BANK N.A. recorded an Abstract of Judgment Lien at the Sacramento County Recorder's Office in the amount of $47,992.35 against the debtor's real property.

7. The aforementioned Judgment lien was duly listed as part of the Chapter 7.

8. Creditor's lien is a judicial lien against real property within the purview of 11 U.S.C. §522(f)(1)(A) and impairs an exemption to which debtor would be entitled under 11 U.S.C. §522(b).

WHEREFORE, the debtor prays for an order avoiding the security interest of WELLS FARGO BANK N.A. in the real property and for such additional or alternative relief as may be just and proper.

DATED: 8-01-10

By: /s/ Gregory J. Smith
GREGORY J. SMITH, Esq.
Attorney for Debtor