LAW OFFICE OF GREGORY J. SMITH
GREGORY J. SMITH, ESQ. SBN 114576
109 Darling Way
Roseville, CA 95678
(916) 492-8434
Attorney for Debtor

**FILED**

AUG - 4 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

David A. Daves

Debtor.

CASE NO. 10-36512-C-7
DC NO: GJS-001
In Proceedings Under Chapter 7

Date:        09/21/10
Time:        9:30 AM
Dept:        C
Courtroom:   35
Location:    US Bankruptcy Court
             501 "I" Street 6th Floor
             Sacramento, CA 95814
Judge:       C. Klein

## NOTICE OF HEARING ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY BY WELLS FARGO BANK, N.A.
## 11 U.S.C. §522(f)(1)(A)

PLEASE TAKE NOTICE that a hearing on the DEBTOR'S MOTION TO AVOID ABSTRACT JUDGMENT LIEN ON REAL PROPERTY has been scheduled for September 21, 2010 at 9:30 AM at Robert T. Matsui United States Courthouse, 501 "I" Street, Room 35, 6th Floor, Sacramento, CA 95814.

/

/

/

/

1 of 2

1       Pursuant to Local Rules, any opposition to the granting of this motion shall be in writing, supported by written evidence, and shall be served on Lewis D. Partridge PO Box 863 Sloughhouse, CA 95683, Law Office of Gregory J. Smith 109 Darling Way Roseville, CA 95678, and filed with the Clerk of the U.S. Bankruptcy Court 501 "I" Street Sacramento, CA 95814 by the responding party not less than fourteen (14) days preceding the noticed or continued date of hearing. Without good cause, no party will be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion.

DATED: 8-4-10

By: _____
GREGORY J. SMITH, Esq.
Attorney for Debtor

/
/
/
/
/
/
/
/
/
/
/
/

2 of 2