FILED
August 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002828467

LAW OFFICE OF GREGORY J. SMITH
GREGORY J. SMITH, ESQ. SBN 114576
109 Darling Way
Roseville, CA 95678
(916) 492-8434
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

David A. Daves

Debtor.

CASE NO. 10-36512-C-7
DC NO: GJS-001
In Proceedings Under Chapter 7

Date:       09/21/10
Time:       9:30 AM
Dept:       C
Courtroom:  35
Location:   US Bankruptcy Court
            501 "I" Street 6th Floor
            Sacramento, CA 95814

Judge:      C. Klein

**DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY BY WELLS FARGO BANK N.A. 11 U.S.C. §522(f)(1)(A) TO BE HEARD BY THE COURT ON SEPTEMBER 21, 2010 AT 9:30 AM**

1. I, David A. Daves, filed a Voluntary Petition for relief under Chapter 7 of Title 11 of the United States Code on June 24, 2010.

2. I own property located at 1717 Daphne Avenue Sacramento, CA.

3. My real property had a fair market value of $269,000.00 when I filed.

4. I have a first deed of trust on my property totaling $287,000.00.

/
/
/

1 of 2

Case 10-36512  Doc 14  Page 2 of 2

FILED
August 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002828468

5. Pursuant to California C.C.P. §703.140 debtor has now claimed such real property as exempt in the amount of $5,000.00 and, no objection to such claim being made, such real property has been declared exempt for the above-mentioned amount.

6. On or about May 12, 2010 WELLS FARGO BANK N.A. recorded an Abstract of Judgment Lien in the Sacramento County Recorder's Office in the amount of $47,992.35.

7. This debt was listed on my Schedule F.

8. I am asking that the lien against my property by WELLS FARGO BANK N.A. be avoided.

I, David A. Daves declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  8-4-10                          By:  /s/ David A. Daves
                                             DAVID A. DAVES, Debtor