FILED
August 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002828444

# United States Bankruptcy Court
## Eastern District of California

In re  **David A. Daves**                                                                  Case No.  **2010-36512**
Debtor(s)                                                                                        Chapter  **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule C and Summary of Schedules**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:  **August 4, 2010**

/s/ **Gregory J. Smith**
**Gregory J. Smith**
Attorney for Debtor(s)
**Law Office of Gregory J. Smith**
**109 Darling Way**
**Roseville, CA 95678**
**SB#114576,**
**(916) 492-8434 Fax:(916) 783-3574**
**attgs@surewest.net**