FILED

August 10, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002840935

# United States Bankruptcy Court
## Eastern District of California

In re    **David A. Daves**

Debtor(s)

Case No.    **2010-36512**

Chapter    **7**

Date _____

Signature _____

**David A. Daves**
Debtor

Attorney _____
**Gregory J. Smith**

# PROOF OF SERVICE BY MAIL

1  LAW OFFICE OF GREGORY J. SMITH
   GREGORY J. SMITH, ESQ. SBN 114576
2  109 Darling Way
   Roseville, CA 95678
3  (916) 492-8434
   Attorney for Debtor
4

5                    **UNITED STATES BANKRUPTCY COURT**

6                    **EASTERN DISTRICT OF CALIFORNIA**

7

8  In re:                                    CASE NO. 10-36512-C-7
                                             DC NO: GJS-001
9  David A. Daves                            In Proceedings Under Chapter 7

10                                           Date:        09/21/10
                                             Time:        9:30 AM
11                                           Dept:        C
                                             Courtroom:   35
12                                           Location:    US Bankruptcy Court
                                                          501 "I" Street 6th Floor
13                                                        Sacramento, CA 95814
14                          Debtor.
                                             Judge:       C. Klein
15  _____

16                          **PROOF OF SERVICE**

17  I, ___Terry Bergen___  declare that:

18

19  I am employed in the county of Placer, California; I am over the age of 18 years and not a party

20  to the within cause; my business address is 109 Darling Way Roseville CA 95678.  On the date

21  stated below, I served the within:

22  NOTICE OF HEARING ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON REAL
    PROPERTY BY WELLS FARGO BANK N.A. 11 U.S.C. §522(f)(1)(A)
23

24  MOTION TO AVOID ABSTRACT JUDGMENT LIEN ON REAL PROPERTY BY WELLS
    FARGO BANK N.A. 11 U.S.C. §522(f)(1)(A)
25

26  DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN ON
    REAL PROPERTY BY WELLS FARGO BANK N.A. 11 U.S.C. §522(f)(1)(A)

27

28                                  1 of 2

on the interested parties in said cause, by placing a true copy thereof in a sealed envelope, with

postage fully pre-paid, in the United States mail at Roseville California addressed as follows:

Office of the United States Trustee
501 I Street Suite 7-500
Sacramento CA 95814

Lewis D. Partridge
Chapter 7 Trustee
PO Box 863
Sloughhouse, CA 95683

Pamela Cox
Hemar, Rousso & Heald LLP
15910 Ventura Blvd 12th Floor
Encino, CA 91436

David A. Daves
1868 Grazziani Way
Roseville, CA 95661

Wells Fargo Bank N.A.

Where noted, another copy was also delivered via facsimile machine or hand delivered.

I, _Terry Berg m_, declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge.

Dated: _8/10/10_

2 of 2