

```
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP          BDFTW#  00000001968775
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
```

Attorney for ONEWEST BANK, FSB AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F2 UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2007 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 10-36512-C-7 |
|  | § |
| DAVID A. DAVES, | § |
|    Debtor | § CHAPTER 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE
NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT
TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for ONEWEST BANK, FSB AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F2 UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2007 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, a secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
(626) 915-5714

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for ONEWEST BANK, FSB AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F2 UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2007 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq.  The undersigned firm will not accept service of process in any adversary case for ONEWEST BANK, FSB AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC IMSC MORTGAGE LOAN TRUST 2007-F2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-F2 UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2007 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

/s/ DARLENE C. VIGIL           09/14/2010
DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail: EDCAECF@BDFGROUP.COM
ATTORNEY FOR SECURED CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2010, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP


BY:  /s/ DARLENE C. VIGIL          09/14/2010
DARLENE C. VIGIL
CA NO. 223442
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
20955 PATHFINDER ROAD SUITE 300
DIAMOND BAR, CA 91765
Phone: (626) 915-5714, Fax: (972) 661-7726
E-mail:  EDCAECF@BDFGROUP.COM
ATTORNEY FOR SECURED CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR**
DAVID A. DAVES
1868 GRAZZIANI WAY
ROSEVILLE, CA  95661

**DEBTOR'S ATTORNEY**
GREGORY J. SMITH
109 DARLING WAY
ROSEVILLE, CA  95678

**TRUSTEE**
LEWIS D. PARTRIDGE
PO BOX 863
SLOUGHHOUSE, CA  95683