# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | David A. Daves | **Case No :** | 10−36512 − C − 7 |
| | | **Date :** | 9/21/10 |
| | | **Time :** | 09:30 |

**Matter :**  [12] − Motion/Application to Avoid Lien of Wells Fargo Bank, N.A. [GJS−1] Filed by Debtor David A. Daves (maws)

**Judge :**  Philip H. Brandt
**Courtroom Deputy :**  Teresa Jackson
**Reporter :**  Diamond Reporters
**Department :**  C

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Debtor(s) Attorney − Gregory J. Smith
**Respondent(s) :**
None

HEARING CONTINUED TO: 10/26/10 at 09:30 AM