FILED
October 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002983285

# United States Bankruptcy Court
### Eastern District of California

In re  **David A. Daves**                                    Case No.  **2010-36512**
                                     Debtor(s)                            Chapter  **7**

Date  **October 7, 2010**                Signature  **/s/ David A. Daves**
                                               **David A. Daves**
                                               Debtor

Attorney  **/s/ Gregory J. Smith**
                **Gregory J. Smith**

## AMENDED PROOF OF SERVICE

| | |
|---|---|
| 1 | LAW OFFICE OF GREGORY J. SMITH<br>GREGORY J. SMITH, ESQ. SBN 114576 |
| 2 | 109 Darling Way<br>Roseville, CA 95678 |
| 3 | (916) 492-8434<br>Attorney for Debtor |
| 4 | |

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>David A. Daves<br><br><br><br><br><br><br><br><br>Debtor. | CASE NO. 10-36512-C-7<br>DC NO: GJS-001<br>In Proceedings Under Chapter 7<br><br>Date:        10/26/10<br>Time:        9:30 AM<br>Dept:         C<br>Courtroom:  35<br>Location:    US Bankruptcy Court<br>             501 "I" Street 6th Floor<br>             Sacramento, CA 95814<br><br>Judge:       C. Klein |

**AMENDED PROOF OF SERVICE**

I, Terry J Bergin declare that:

I am employed in the county of Placer, California; I am over the age of 18 years and not a party to the within cause; my business address is 109 Darling Way Roseville CA 95678. On the date stated below, I served the within:

NOTICE OF CONTINUED HEARING FOR 10/26/10 AT 9:30AM

NOTICE OF HEARING ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY BY WELLS FARGO BANK N.A. 11 U.S.C. §522(f)(1)(A)

MOTION TO AVOID ABSTRACT JUDGMENT LIEN ON REAL PROPERTY BY WELLS FARGO BANK N.A. 11 U.S.C. §522(f)(1)(A)

DEBTOR'S DECLARATION IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY BY WELLS FARGO BANK N.A. 11 U.S.C. §522(f)(1)(A)

1 of 2

on the interested parties in said cause, by placing a true copy thereof in a sealed envelope, with postage fully pre-paid, in the United States mail at Roseville California addressed as follows:

| | |
|---|---|
| Office of the United States Trustee<br>501 I Street Suite 7-500<br>Sacramento CA 95814 | Lewis D. Partridge<br>Chapter 7 Trustee<br>PO Box 863<br>Sloughhouse, CA 95683 |
| Pamela Cox<br>Hemar, Rousso & Heald LLP<br>15910 Ventura Blvd 12th Floor<br>Encino, CA 91436 | David A. Daves<br>1868 Grazziani Way<br>Roseville, CA 95661 |
| Wells Fargo Bank N.A.<br>CSC- Lawyers Incorporating Services<br>2730 Gateway Oaks Drive Suite 100<br>Sacramento, CA. 95833 | Barrett Daffin Frappier Treder and Weiss, LLP<br>20955 Pathfinder Road Suite 300<br>Diamond Bar, CA. 91765 |

Where noted, another copy was also delivered via facsimile machine or hand delivered.

I, _Terry J Berg, Jr_, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 10/7/10

2 of 2