FILED
November 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D24

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | David A. Daves | **Case No :** | 10-36512 - C - 7 |
| | | **Date :** | 10/26/10 |
| | | **Time :** | 09:30 |

**Matter :** [12] - Motion/Application to Avoid Lien of Wells Fargo Bank, N.A. [GJS-1] Filed by Debtor David A. Daves (maws)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted, lien avoided, no further relief approved. Resolved without oral argument.

Dated: November 08, 2010

_____
United States Bankruptcy Judge