

LAW OFFICE OF GREGORY J. SMITH
GREGORY J. SMITH, ESQ. SBN 114576
109 Darling Way Roseville CA 95678
Phone (916) 492-8434   Fax (916) 783-3574
attgs@surewest.net
Attorney for Debtor

FILED

JAN - 3 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

David A. Daves

Debtor.

Case No.: 10-36512-C-7
DC NO: GJS-001
In Proceedings Under Chapter 7

Date:       10/26/10
Time:       9:30 AM
Dept:       C
Courtroom:  35
Location:   US Bankruptcy Court
            501 "I" Street 6th Floor
            Sacramento CA 95814

Judge:      C. Klein

## ORDER ON MOTION TO AVOID JUDICIAL LIEN
## ON REAL PROPERTY HELD BY WELLS FARGO BANK N.A.

After notice and a hearing, the Court orders as follows:

IT IS HEREBY ORDERED the Motion to Avoid Judicial Lien is granted. The Abstract of Judgment was recorded on May 12, 2010 in Book 20100510, Page 1204 of the official Records of Sacramento County. Such lien is a judicial lien that impairs the exemption of the debtor in property of the debtor described as 1717 Daphne Avenue Sacramento, CA.

The lien of such creditor is hereby extinguished as to said property only and the lien shall not survive the bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor, subject to the provisions of 11 U.S.C. §349.

DATED:  JAN - 3 2011

By: _____
The Honorable C. Klein
U.S. Bankruptcy Judge

Page 1 of 1